# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| RANDALL JOHNSON, JR., | : | Case No. 3:19-cv-54 |
| *Admn. Of the Estate of Sasha Garvin*, | : | |
| | : | District Judge Thomas M. Rose |
| Plaintiff, | : | Magistrate Judge Sharon L. Ovington |
| | : | |
| vs. | : | |
| | : | |
| NAPHCARE, INC, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

THIS MATTER, having come before the Court upon Plaintiff's Motion for Extension of Time to Produce Expert Reports. (Doc. #19). Plaintiff seeks an extension of thirty (30) days, or until May 1, 2020, in which to provide Fed. Civ. R. 26(a)(2)(8) reports of two of his experts, and the Court having been duly advised regarding said motion, including the fact that Plaintiff has contacted defense counsel and defense counsel do not object to said motion, the Court finds said motion to be WELL TAKEN and does hereby GRANT same.

IT IS THEREFORE ORDERED that Plaintiff is granted an extension of time until, and including, May 1, 2020 in which to file Fed. Civ. R. 26(a)(2)(B) reports of two of his experts and that Defendants are granted an extension of time until, and including, July 1, 2020 in which to file Fed. Civ. R. 26(a)(2)(B) of their experts. It is further ORDERED that the deadline for Plaintiff's and Defendants' rebuttal expert designations is extended to August 3, 2020.

IT IS SO ORDERED.

April 3, 2020                                  *s/Sharon L. Ovington*
                                                   Sharon L. Ovington
                                                   United States Magistrate Judge