IN THE UNITED STATES FEDERAL DISTRICT COURT
FOR THE SOUTHERN DISTSRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **RANDALL JOHNSON, JR. Admn. of the Estate of Sasha Garvin, deceased** | : : : | **CASE NO.   3:19-cv-54** |
| **Plaintiff** | : : : | **Judge Thomas M. Rose** <br> **Magistrate Judge Sharon Ovington** |
| vs. | : : | |
| **NAPHCARE, INC., et al.** | : : | |
| **Defendants.** | : | |

___

**ORDER**
___

THIS MATTER is before the Court upon the parties' Joint Motion to Extend Deadlines. (Doc. #21). The parties seek an extension of sixty (60) days of the currently established deadlines. The parties have agreed to said extension and the Court finds said motion to be WELL TAKEN and does hereby GRANT same.

IT IS THEREFORE ORDERED that the current Pretrial Order is extended as follows:

| | |
|---|---|
| Plaintiff Primary Expert Designations: | July 1, 2020 |
| Defendant Primary Expert Designations: | September 1, 2020 |
| Rebuttal Expert Designations: | October 1, 2020 |
| Requests for Admissions: | September 1, 2020 |
| Settlement Demand: | October 1, 2020 |

All other deadlines previously established remain in effect at this time.

IT IS SO ORDERED.

May 1, 2020

*s/Sharon L. Ovington*
Sharon L. Ovington
United States Magistrate Judge