# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| RANDALL JOHNSON, JR., ADMINISTRATOR OF THE ESTATE OF SASHA GARVIN, | Case No. 3:19-cv-54 |
| | District Judge Thomas M. Rose |
| | Magistrate Judge Sharon L. Ovington |
| Plaintiff, | |
| vs. | |
| NAPHCARE, INC., *et al.*, | |
| Defendants. | |

# NOTICE

The discovery phase of this case has ended. No discovery motions or other matters referred to the undersigned Judicial Officer remain pending. The case is presently set for further proceedings, including trial, before United States District Judge Thomas M. Rose. The Clerk of Court is directed to note in the record that:

1. Referral of this case to the undersigned Judicial Officer has expired; and

2. No motions or other matters in this case remain pending before the undersigned Judicial Officer.

July 8, 2021

*s/Sharon L. Ovington*
Sharon L. Ovington
United States Magistrate Judge