UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON


Randall Johnson, Jr.
      Admn. of the Estate of Sasha Garvin.,

          Plaintiff,                         Case No. 3:19-cv-054

-vs-                                         Judge Thomas M. Rose

NaphCare, Inc., et al.,

          Defendants.

---

**ENTRY REFERRING MOTION FOR PROTECTIVE ORDER, ECF 66, TO MAGISTRATE JUDGE SHARON L. OVINGTON FOR A REPORT AND RECOMMENDATION**

---

      The Court hereby **REFERS** Defendants' Motion for Protective Order, ECF 66, to Magistrate Judge Sharon L. Ovington for a **REPORT** and **RECOMMENDATION** as to whether the pending motion should be granted. All future filings related this motion shall be directed to Judge Rose in the first instance.

      **DONE** and **ORDERED** in Dayton, Ohio on Friday, September 3, 2021.


                      s/Thomas M. Rose

                      _____
                      THOMAS M. ROSE
                      UNITED STATES DISTRICT JUDGE