# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| RANDAL JOHNSON, JR., ADMINISTRATOR OF THE ESTATE OF SASHA GARVIN, | : : : : | Case No. 3:19-cv-54 |
| Plaintiff, | : : | Judge Thomas M. Rose |
| vs. | : : | Magistrate Judge Sharon L. Ovington |
| NAPHCARE, INC., *et al.*, | : : | |
| Defendants. | | |

## ORDER

This matter hereby is scheduled for a TELEPHONE CONFERENCE before Magistrate Judge Sharon L. Ovington at **11:30 a.m.** on **Thursday, October 14, 2021**, with regard to Defendant NaphCare, Inc.'s pending Motion for Protective Order (Doc. #66).

To join the conference, please call 1-888-684-8852. The ACCESS CODE is 6641708. The SECURITY CODE is 101421.

October 13, 2021

*s/Sharon L. Ovington*
Sharon L. Ovington
United States Magistrate Judge