## IN THE UNITED STATES FEDERAL DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| RANDALL JOHNSON, JR., Admn. Of The Estate of Sasha Garvin Deceased | : : : | CASE NO. 3:19-cv-00054 (Judge Thomas M. Rose) |
| Plaintiff, | : | |
| Vs. | : | |
| NAPHCARE, INC., et al. | : | |
| Defendants. | : | |

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

This matter, having concluded between Plaintiff, Randall Johnson, Jr., Administrator of the Estate of Sasha Garvin and Defendants April Merkt, Greg Mills, Brenda Ellis, M.D., Pamela Mitchell, R.N., Darrell Rader, R.N., Robert Streck and Montgomery County Board of Commissioners, it is hereby ORDERED that the mentioned parties to this action, including all causes of action, crossclaims or counterclaims, if any, are hereby DISMISSED WITH PREJUDICE.

SO ORDERED.

_____
THOMAS M. ROSE, JUDGE

APPROVED:

/s/ Douglas D. Brannon
_____
Douglas D. Brannon (0076603)
BRANNON & ASSOCIATES

130 W. Second St. Suite 900
Dayton, OH 45402
Telephone: (937) 228-2306
Facsimile: (937) 228-8475
E-Mail: dougbrannon@branlaw.com
Attorney for Plaintiff

*Approved via email 12/12/2022*

---

Robert W. Hojnoski (0070062)
REMINIGER CO. LPA
525 Vine St. Suite 1700
Cincinnati, OH 45202
Telephone: (513) 721-1311
Facsimile: (513) 721-2553
E-Mail: rhojnoski@reminger.com
Attorney for Defendants NaphCare, Inc.,
April Merkt, Greg Mills, Darrell Rader, R.N.,
Pamela Mitchell, R.N. and Brenda Ellis, M.D.

*Approved via email 12/12/2022*

---

John B. Welch (0055337)
Arnold Toldaro Welch & Foliano Co. LPA
7385 Far Hills Ave.
Dayton, OH 45459
Telephone: (937) 296-1600
Facsimile: (937) 296-1644
E-Mail: jwelch@arnoldlaw.net
Attorney for Defendants Robert Streck
And Montgomery County Board of Commissioners