IN THE UNITED STATES FEDERAL DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

RANDALL JOHNSON, JR., Admn.    :    CASE NO.   3:19-cv-00054
Of The Estate of Sasha Garvin    :    (Judge Thomas M. Rose)
Deceased    :
    :
    Plaintiff,    :
    :
Vs.    :
    :
NAPHCARE, INC., et al.    :
    :
    Defendants.    :

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

This matter, having been fully satisfied and settled, it is hereby ORDERED that all parties to this action, including all causes of action, crossclaims or counterclaims, if any, are hereby DISMISSED WITH PREJUDICE.

SO ORDERED.

THOMAS M. ROSE, JUDGE

APPROVED:

*/s/ Douglas D. Brannon*

Douglas D. Brannon (0076603)
BRANNON & ASSOCIATES
130 W. Second St.  Suite 900
Dayton, OH  45402
Telephone:  (937) 228-2306
Facsimile:  (937) 228-8475
E-Mail:    dougbrannon@branlaw.com
Attorney for Plaintiff

*Approved via email 5/15/2023*

_____

Robert W. Hojnoski (0070062)
Jade A. Stewart (0083693)
Jennifer J. Jandes (0097313)
Michael J. Caligaris (0099722)
REMINGER CO. LPA
525 Vine St.  Suite 1700
Cincinnati, OH   45202
Telephone:    (513) 721-1311
Facsimile:     (513) 721-2553
E-Mail:          rhojnoski@reminger.com
Attorney for Defendant